**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,　　　　　　　　　　　　　Case No. 1:22-cr-167

v.　　　　　　　　　　　　　　　　　　　HONORABLE PAUL L. MALONEY

MATTHEW JAMES WARNE,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Sally J. Berens in this action (ECF No. 23).  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.　　The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2.　　Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One of the Indictment.

3.　　The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  April 17, 2023　　　　　　　　　　　　　　 /s/ Paul L. Maloney_____
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge